IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MAUREEN PATTERSON-MONTGOMERY,

    Plaintiff,

v.                                          No. CIV 01-444 WJ/DJS

CITY OF ALBUQUERQUE, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER DENYING DEFENDANT LEHOCKY'S MOTION FOR PARTIAL SUMMARY JUDGMENT IV

THIS MATTER comes before the Court on Defendant Officer Lehocky's Motion for Partial Summary Judgment No. IV: Dismissal of Plaintiff's Fourth Amendment Claim that the Use of a Police Service Dog to Bite a Suspect Constitutes the Use of Deadly Force [Docket No. 96]. In his motion, Officer Lehocky seeks a determination of the Court that the use of a police service dog to bite Plaintiff was not deadly force. Plaintiff's response points out that Plaintiff's Complaint is properly read to state a claim for the use of excessive force; none of the claims is entitled "Use of Deadly Force." Plaintiff further states that Lehocky's motion attacks a claim that simply does not exist. The Court agrees and finds that Officer Lehocky's motion seeks to dismiss a claim that has not been made.

IT IS THEREFORE ORDERED that Defendant Lehocky's Motion for Partial Summary Judgment IV [Docket No. 96] is hereby DENIED.

                                                                              UNITED STATES DISTRICT JUDGE